

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
Attorney General

KENT T. STAUFFER
Executive Deputy Attorney General
State Counsel Division

LISA R. DELL
Assistant Attorney General in Charge
Litigation Bureau

October 16, 2015

By ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Muhammad v. Maduekwe*, No. 13-CV-6026 (CM)

Dear Judge McMahon:

    I have been advised that the plaintiff in this case, Prince Divine Messiah Muhammad, was transferred from Kirby Forensic Psychiatric Center to Rochester Regional Forensic Psychiatric Center on August 26, 2015.  I understand that Mr. Muhammad can now be reached by mail at the following address: Prince Divine Messiah Muhammad, Rochester Regional Forensic Unit, 1111 Elmwood Avenue, Rochester, NY 14620.  I will send a copy of the Court's October 15, 2015 decision on the defendant's motions to dismiss and for summary judgment to Mr. Muhammad at this new address.

                         Respectfully,

                         Matthew J. Lawson
                         Assistant Attorney General
                         (212) 416-8733

cc: Prince D.M. Muhammad (by first-class mail)