RECEIVED
SDNY PRO SE OFFICE
2015 OCT 27 PM 2:51

10/17/15

Dear "Brothers" & "Sisters" in the "Pro Se" "Intake" "Unit,"

This is the "Honorable" "Mr." "Prince" "divine" "Messiah" "Muhammad," writing, and I'm writing because I was "informed" that you didn't "know" that my "address" has change. My new address is, "1111" "Elmwood" "Ave," Rochester N.Y. 14620-3005 tel # 585-241-5565 or 585-241-5570, Ward "F1,"... "Brothers" & "Sisters," I'm "sueing" my "new" "Hell" that I am in, and I need "4" "Law" "Suits" "Complaint" "Foams," My new "Hell" is "Volating" my "Constitutional" "Rights" "Already," I want them "4" "Lawsuit" "Foams" as soon as "Possable." I have "diabetes" and the "devils" here in "Rochester" Psych Center don't even want to give me a "walking" "Cain," But I'm gonna get one, one way or the other. I ain't gonna let the "devils" treat me anyway they want to, thats why they are keeping me "Locked up," they want to "kill" me

Beat me, Starve me, Blind me, and deny me "All" of my "Constitutional" "Rights," i Be glad when they do "Kill" "me" So that i can Be with my "Father" in "Heaven." So until i hear from "All" of you, Peace, And may my "Father" in "Heaven" who Real Name is "Allah" "god" "Bless" "you" And "your" "Entire" "Familys," forever.

P.S.

"Brothers" & "Sisters,"

If you can tell me anything about my "3" "Lawsuits" that i got in the "Southern" "District," i would "Appreciate" it. "Thank" "you."

Sign,
The "Almighty" "god" "Allah" "Son,"
His "one" And "only" "Son,"
Peace

"MR. "PRINCE" Olivine "Messiah" Muhammad"
RETURN IN FIVE DAYS TO
1111 ELMWOOD AVENUE
ROCHESTER, N.Y. 14620-3005

F/

FIRST-CLASS MAIL
neopost
10/20/2015
US POSTAGE
$00.48
ZIP 14620
041L11230010

To: The "Pro Se" Office, intake unit,
"Southern" district of New York
United States District Court S.60
Pearl Street, New York, N.Y. 10007

10007$9999

RECEIVED
SDNY PRO SE OFFICE
2015 OCT 21 PH 2:51

USM P3
SDNY

10/9/15